UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-21869 |
| Teresa Jimenez | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER SUBSTITUTING ATTORNEYS**

THIS CAUSE coming to be heard on the Debtor's Motion to Substitute Attorneys, the Court being fully advised in the premises, IT IS HEREBY ORDERED hat Ruddy, King & Petersen, LLC is substituted in as attorneys of record for the Debtors.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  August 14, 2015

**Prepared by:**

Enter Prepared By information here.

This box will expand vertically to fit entered text.

Tab out of box to see expansion.